```
                                    FILED
                                 BILLINGS DIV.

                                2008 MAR 7 PM 4 02

                                 PATRICK E. DUFFY, CLERK

                                 BY _____
                                      DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

CHESCO LITTLE NEST,

    Plaintiff,

vs.

Majel M Russell, Urban Bear Don't Walk, William Watt, Scott Russell, Dexter Falls Down Sr, Shirleen Glenn, Jim Yellowtail, Burton Pretty On Top, Audrey Black Eagle, Harold BackBone jr, Angela Russell, Keith Bear Tusk, Sharon Curly, Sherry S. Mattucci, Judge Richard F. Cebull, Judge Richard W. Anderson, Judge Jack D. Shanstrom, Judge Jones, Crow Nation Executive Branch, Crow Nation Legislative Branch.

(Enter above the full name of every defendant.)

    Defendants.

Cause No. CV 08-08-BLG-RFC-CSO

**AMENDED COMPLAINT**

Jury Trial Demanded ☐
Jury Trial Not Demanded ☐

**INSTRUCTIONS**

1. Use this form to file an amended civil complaint with the United States District Court for the District of Montana. You may attach additional pages where necessary.

2. Your complaint must include only counts/causes of action and facts – not legal arguments or citations.

3. Your complaint must be typed or legibly handwritten. All pleadings and other papers submitted for filing must be on 8 ½" x 11" paper (letter size). Each plaintiff must sign the complaint (see page 6). The signatures need not be notarized. However, each signature must be an original and not a copy. You must pay the Clerk for copies of your complaint or other court records, even if you are proceeding in forma pauperis.

4. Complaints submitted by persons proceeding in forma pauperis and complaints submitted by prisoners suing a governmental entity or employee are reviewed by the Court before the defendants are required to answer. *See* 28 U.S.C. §§ 1915(e)(2), 1915A(a); 42 U.S.C. § 1997e(c). After the Court completes the review process, you will receive an Order explaining the findings and any further action you may or must take. The review process

may take a few months; each case receives the judge's individual attention.

5. When you have completed your complaint, mail the *original* – copies are not required – to the Clerk of U.S. District Court, 215 1st Ave. North, P.O. Box 2186, Great Falls, MT 59403.

# AMENDED COMPLAINT

### I. PLACE OF CONFINEMENT:

A. Are you incarcerated?   Yes ☐   No ☒ (if No, go to Part II)

B. If yes, where are you currently incarcerated? _____

C. If any of the incidents giving rise to your complaint occurred in a different facility, list that facility:

_____

### II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Non-Prisoners

   1. Does any cause of action alleged in this complaint require you to exhaust administrative remedies before filing in court?   Yes ☒   No ☐   Don't Know ☐

   2. If yes, have you exhausted your administrative remedies?   Yes ☒   No ☐

B. Prisoners (If you listed other institutions in I.C above, please answer for each institution).

   1. Is there a grievance procedure in your current institution?   Yes ☐   No ☐

   2. Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?   Yes ☐   No ☐

   3. If you did not file an administrative grievance, explain why:

   _____
   _____

### III. PARTIES TO CURRENT LAWSUIT

A. Name of Plaintiff **Chesco Little Nest**

   Mailing Address **P.O. Box #198 Pryor, MT 59066**

   (Please use additional sheets of paper to provide the names and addresses of any additional plaintiffs.)

B. Defendant _____ is employed as

*Plaintiff's Last Name*   LITTLE NEST _____

*Amended Complaint*
*Page 2 of 5*

Crow Nation Executive Branch – *Chairman of the Crow Tribe,* had influenced the apsaalooke nation housing authority and Crow Tribal Courts to make unethical and illegal decisions to plaintiff's case in regards to running an illegal tribal government. This shows there is no separation of powers as stated in the alleged 2001 constitution.

Crow Nation Legislature- *Speaker of the House and Legislators*, having influenced the Crow Tribal Courts and the Apsaalooke Nation Housing authority to make unethical and illegal decisions to plaintiff's case in regards to running an illegal tribal government. This shows there is no separation of powers as stated in the alleged 2001 constitution.

Scott Russell-*Chairman of the Apsaalooke Nation Housing Board*, Sharon Curly-*Crow Tribal Liaison*, Dexter Falls Down Sr., Shirleen Glenn, Harold Back Bone Jr.-*District Representatives to Apsaalooke Nation Housing Authority*, Burton Pretty On Top-*Director of Apsaalooke Nation Housing Authority*, Audrey Black Eagle-*Assistant Directior Apsaalooke Nation Housing Authority,* Convened board meetings, made decisions on plaintiff's situation without him knowing and excluded him from attending these meeting. This resulted in the illegal removal of plaintiff from his house rendering him homeless while he was chronically disabled.

Keith Bear Tusk- *Bureau of Indian Affairs Rocky Mountain Regional Director,* Allowing Crow tribal attorneys, Crow Tribal judges, Executive branch, Legislative branch, Apsaalooke Nation Housing Authority to run on an illegal government under a illegal constitution knowing that due process of law was not given in the adoption of the 2001 Crow Constitution which set a precedent for Apsaalooke Nation Housing Authority to knowingly break the law and violate plaintiffs rights and causing him undue stress.

Majel M. Russell-*Elk River Law Office Attorney at Law,* giving unethical legal advice to the Apsaalooke Nation Housing Authority and Apsaalooke Nation Housing Board resulting in the illegal removal of the plaintiff from his home. Mrs. Russell stated in her affidavit that she had no knowledge of what the Crow Tribe or the Apsaalooke Nation Housing Authority was doing legally and said she did not advise Crow Tribe or the Apsaalooke Nation Housing Authority. Why did she state she was the originator of the 2001 Crow Constitution and helped it get adopted? Mrs. Russell gave legal advice to the Crow Tribal Court System through her aunt Angela Russell Chief Judge of Crow Tribal Courts. This Resulted in the dismissal of plaintiff Chesco Little Nest's case in Crow Tribal Court without due process of the Law.

Jim Yellow Tail - *Elk River Law Office Attorney at Law,* , giving unethical legal advice to the Apsaalooke Nation Housing Authority and Apsaalooke Nation Housing Board resulting in the illegal removal of the plaintiff from his home. Mr. Yellow Tail stated in his affidavit that he had no knowledge of what the Crow Tribe or the Apsaalooke Nation Housing Authority was doing legally and said he did not advise Crow Tribe or the Apsaalooke Nation Housing Authority. Mr. Yellow Tail gave legal advice to the Crow Tribal Court System. This Resulted in the dismissal of plaintiff Chesco Little Nest's case in Crow Tribal Court without due process of the Law.

Urban Bear Don't Walk-*Attorney for Apsaalooke Nation Housing Authority*, Plaintiff wrote letters to Mr. Bear don't Walk asking for fair hearing meeting to plead his case against the charges brought against him by the housing board. Mr. Bear Don't Walk did not abide by the Housing and Urban Development fair housing and fair hearing regulations. Mr. Bear Don't Walk responded back to Plaintiff with threatening letters.

William Watt-Attorney for Crow Tribe- knowingly participated with said defendants Crow Tribal Court Chief Judge, Crow Tribal Attorney's, Executive Branch Crow Tribe, Legislative Branch Crow Tribe, Apsaalooke Nation Housing Authority in the act of violating the law by not giving

Plainiff due process of the law

Angela Russell-*Crow Tribal Courts Chief Judge*- Plaintiff filed case in Crow Tribal Courts, after previous attempts to resolve this issue with the Apsaalooke Nation Housing Board. Mrs. Russell dismissed case with prejudice and did not give Plaintiff due process of the law.

Sherry Scheel-Mattecui-*Consultant to Crow Tribal Courts*, knowingly participated with said defendants Crow Tribal Court Chief Judge, Crow Tribal Attorney's, Executive Branch Crow Tribe, Legislative Branch Crow Tribe, Apsaalooke Nation Housing Authority in the act of violating the law by not giving Plainiff due process of the law

United States District Court Judges Richard Cebull, Jack Shanstrom, Richard Anderson, Judge Jones, these judges Influenced and manipulated the United States District Court for the district of Montana. Held plaintiff's case in Judge Cebull's chambers and did not send it to Judge Haddon for hearing. These judges did not give plaintiff due process of the law.

_____ at _____.
(Position and Title, if any)        (Institution/Organization)

Defendant _____ is employed as

_____ at _____.
(Position and Title, if any)        (Institution/Organization)
Defendant _____ is employed as

_____ at _____.
(Position and Title, if any)        (Institution/Organization)

Defendant _____ is employed as

_____ at _____.
(Position and Title, if any)        (Institution/Organization)

Defendant _____ is employed as

_____ at _____.
(Position and Title, if any)        (Institution/Organization)

(Please use additional sheets of paper to provide the same information about any additional defendants.)

## IV. STATEMENT OF CLAIMS

A. Count I (State your cause of action, e.g., violation of civil rights):

  Human, Civil, Indian Civil, treaty, Constitutinal, Disiability.

  1. Supporting Facts (State, as briefly as possible, the facts of your case, including specific dates and locations. Do not give any legal arguments or cite cases or statutes.):

  Never went to Court on this Case: dismissed at A.N.H.A. board meeting, level, dismissed at Tribal Courts. Transfer from District of Columbia Federal Courts. dismissed from District of Montana Federal Courts.

  2. Defendants Involved (List the name of each defendant you intend to name in this claim. Specifically describe how each defendant is personally involved and what they did or did not do):

_Plaintiff's Last Name_   LITTLE NEST

_Amended Complaint_
_Page 3 of 5_

If you have additional counts/causes of action, attach extra sheets. Set forth two paragraphs for each count, one consisting of Supporting Facts (following the directions under IV.A(1)), and one consisting of Defendants Involved (following the directions under IV.A(2)).

## V. INJURY

How have you been injured by the actions of the defendant(s)? You must state as specifically as possible the actual injury you suffered from the actions of each individual defendant:

Russell at:el.

Mental Anguish
Undue Stress.

## VI. RELIEF

State briefly and precisely what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

Demand: 8.7 million dollars for Punitive damages.
Demand the return 1948 Constitution & Traditional
government to the Crow Tribe of Indians.

Plaintiff's Last Name _____ LITTLE NEST _____

*Amended Complaint*
*Page 4 of 5*

_____

_____

_____

_____

_____

_____

_____

### VII. PLAINTIFF'S DECLARATION

A. I understand that I must keep the Court informed of my current mailing address and that my failure to do so may result in dismissal of this Amended Complaint without actual notice to me.

B. I declare under penalty of perjury that I am the plaintiff in the above action, that I have read the above amended complaint, and that the information I have set forth within it is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

C. (Prisoners Only) This Petition was deposited in the prison system for legal mail, postage prepaid or paid by the prison, on _____, 20_____.

Executed at _____ on *March 7*, 20 *08*.
            (Location)                       (Date)

_____
Signature of Plaintiff

*Plaintiff's Last Name*   LITTLE NEST

*Amended Complaint*
*Page 5 of 5*